**No. 23-1763**

# United States Court of Appeals for the Federal Circuit

IN RE: LINDA ANNE SNYDER, MARGARET K. YU

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Application No. 15/950,707

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

Joseph Lucci
Stephanie Hatzikyriakou
Laura R. Gordon
**BAKER & HOSTETLER LLP**
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
(215) 568-3100

*Attorneys for Appellants*

September 27, 2023

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 23-1763

**Short Case Caption** In re: Snyder

**Filing Party/Entity** Linda Anne Snyder, Margaret K. Yu

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/02/2023

Signature: /s/ Joseph Lucci

Name: Joseph Lucci

FORM 9. Certificate of Interest

Form 9 (p. 2)
March 2023

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br>☐ None/Not Applicable |
| Linda Anne Snyder | Janssen Pharmaceutica NV | Johnson & Johnson; Johnson and Johnson International |
| Margaret K. Yu | Janssen Pharmaceutica NV | Johnson & Johnson; Johnson and Johnson International |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Laura R. Gordon<br>Baker & Hostetler LLP | Timothy E. Tracy | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below) ☑ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 26(b) of the Federal Circuit Rules, Appellants Linda Anne Snyder and Margaret K. Yu ("Appellants"), respectfully move to extend the time for their reply brief in the above-captioned case by 7 days. Counsel for Appellee does not oppose this motion. There have been no previous extensions granted to Appellants.

Good cause exists for this extension. An extension will accommodate a number of professional and personal conflicts, including numerous obligations owed to other clients in other matters, including briefing in *Horizon Global Americas Inc. v. Northern Stamping Co.*, No. 23-1767 (Fed. Cir.) and various prosecution matters for which Appellants' counsel are responsible.

Appellants' request is reasonably tailored to accommodate counsel's professional and personal conflicts in this case.

For the Court's convenience, Appellants set forth below the new due date for the reply brief:

| | **Original Due Date** | **New Due Date** |
|---|---|---|
| Reply Brief | October 10, 2023 | October 17, 2023 |

Date: September 27, 2023

*/s/ Joseph Lucci*
Joseph Lucci
Stephanie Hatzikyriakou
Laura R. Gordon
**BAKER & HOSTETLER LLP**
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
(215) 568-3100

*Attorneys for Appellants*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 23-1763

**Short Case Caption:** In re: Snyder

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

- [x] the filing has been prepared using a proportionally-spaced typeface and includes 884 words.
- [ ] the filing has been prepared using a monospaced typeface and includes ___________ lines of text.
- [ ] the filing contains ___________ pages / ___________ words / ___________ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. ___________).

Date: 09/27/2023

Signature: /s/ Joseph Lucci

Name: Joseph Lucci